|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 21 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff-Appellant,<br><br> v.<br><br>PAIGE A. THOMPSON,<br><br>      Defendant-Appellee. | No.   22-30179<br><br>D.C. Nos.<br>2:19-cr-00159-RSL-1<br>2:19-cr-00159-RSL<br>Western District of Washington, Seattle<br><br>ORDER |

The motion of Center for Cybersecurity Policy and Law for leave to file an amicus curiae brief (Docket Entry No. 31) and any responses are referred for resolution to the panel that will consider the merits of the case.

Within 7 days after the date of this order, amicus curiae is ordered to file 6 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the court's website at http://www.ca9.uscourts.gov/forms/.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

The answering brief remains due October 11, 2023. The optional reply brief is due within 21 days after service of the answering brief.

OSA146

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT