No. 22-30179

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

v.

PAIGE A. THOMPSON,

Defendant-Appellee.

On Appeal from United States District Court
Western District of Washington at Seattle
District Court Case No. 2:19-cr-00159-RSL

The Honorable Robert S. Lasnik
United States District Judge

**SUPPLEMENTAL EXCERPTS OF RECORD
INDEX VOLUME**

Vicki Lai
Chief Appellate Attorney
Ann Wagner
Assistant Federal Public Defender
Attorneys for Paige A. Thompson
Federal Public Defender's Office
1601 5th Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

# VOLUME INDEX

## Volume 1

Restitution Order
Filed December 6, 2022
Docket No. 400 ..................................................................................................2

Excerpt, Reporter's Transcript - Volume 2
Filed June 24, 2022
Docket No. 340 ..................................................................................................4

Excerpt, Reporter's Transcript - Volume 3
Filed June 24, 2022
Docket No. 341 ..................................................................................................8

Excerpt, Reporter's Transcript - Volume 4
Filed June 24, 2022
Docket No. 342 ............................................................................................... 14

Excerpt, Reporter's Transcript - Volume 7
Filed June 24, 2022
Docket No. 345 ............................................................................................... 33

Excerpt, Reporter's Transcript - Volume 8
Filed June 24, 2022
Docket No. 346 ............................................................................................... 36

Exhibit 2, Letter from Chase Strangio, Esq. of the ACLU,
Response to Government's Memorandum in Support of Motion for Detention
Filed August 20, 2019
Docket No. 19-2 ............................................................................................. 45

## Volume 2 – FILED UNDER SEAL

Exhibit A, Assessment by Dr. Matt Goldenberg
Response to Government's Memorandum in Support of Motion for Detention
Filed August 20, 2019
Docket No. 20 ................................................................................................ 49