IN THE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) COA No. 22-30179 |
| Plaintiff-Appellee, | ) USDC No. 2:19-cr-00159-RSL |
| | ) Western District of Washington |
| v. | ) (Seattle) |
| PAIGE A. THOMPSON, | ) |
| | ) **MOTION TO SEAL** |
| Defendant-Appellee. | ) **SUPPLEMENTAL EXCERPTS** |
| | ) **OF RECORD** |

Appellee Paige Thompson, through her attorneys, respectfully requests the Court to file a selection of Ms. Thompson's supplemental excerpts of record, numbered SER-48–55, under seal and secured from public access until further notice of this Court. This motion is based on the sensitive and confidential information contained in the document, which was filed under seal in United States District Court for the Western District of Washington pursuant to Criminal Rule 55(b)(6) on August 20, 2019, at Dkt. 20.

DATED this 13th day of November 2023.

Respectfully submitted,

s/ *Vicki Lai*
Chief Appellate Attorney
Attorney for Paige Thompson