|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 1 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| UNITED STATES OF AMERICA, | No. 22-30179 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 2:19-cr-00159-RSL-1<br>Western District of Washington,<br>Seattle |
| v. |  |
| PAIGE A. THOMPSON, | ORDER |
| Defendant-Appellee. |  |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellee's motion (Docket Entry No. 40) to seal Volume 2 of the supplemental excerpts of record is granted. *See* 9th Cir. R. 27-13. The Clerk will file publicly the motion to seal and certificate of service (Docket Entry Nos. 40-1 and 40-3), the answering brief (Docket Entry No. 38), and Volume 1 of the supplemental excerpts of record (Docket Entry No. 39). The Clerk will file under seal Volume 2 of the supplemental excerpts of record (Docket Entry No. 40-2).

The existing briefing schedule remains in effect.

OSA158