UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 29 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>PAIGE A. THOMPSON,<br><br>    Defendant - Appellee. | No. 22-30179<br><br>D.C. No. 2:19-cr-00159-RSL-1<br>U.S. District Court for Western Washington, Seattle<br><br>**ORDER** |

The amicus brief submitted on September 18, 2023 by Center for Cybersecurity Policy and Law is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT